Shaun Setareh (SBN 204514)
    shaun@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 711
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile:  (310) 888-0109

Attorneys for Plaintiff,
ALICE OGUES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE OGUES, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CC STAFFING, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV-12-6135 JCS<br><br>[PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE |

## ~~PROPOSED~~ ORDER

Pursuant to this Stipulation and good cause appearing, it is ordered that the Case Management Conference be continued to May 3, 2013 at 1:30 PM.

Pursuant to this Stipulation and good cause appearing, it is ordered that the deadline to file the Joint 26(f) Report be continued to April 26, 2013.

DATED: February 28, 2013



*Ogues v. CC Staffing, Inc., et al.*                           Stipulation and Proposed Order
                                                               Re: Initial Case Management Conference