1  [PROPOSED] ORDER

2  Pursuant to this Stipulation and cause appearing,

3  IT IS ORDERED that the Case Management Conference scheduled for August 30, 2013 is

4  VACATED; and ~~continued to December 6, 2013 at 9:30 am~~

5  Plaintiff shall file the Motion for Preliminary Approval on or before November 8, 2013.

6  A hearing on the Motion for Preliminary Approval shall be set take place on December 6,

7  2013, at 9:30 a.m. in Courtroom ~~5~~ G

8  .

9

10  DATED: 8/27/13

    August __, 2013                              HON. JOSEPH C. SPERO
11

12

13  38257872v1

14

...

28
- 3 -
NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER TO VACATE CASE
MANAGEMENT CONFERENCE AND SET DEADLINE FOR FILING MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, Case No. 12-CV-6135 JCS

1  IT IS SO STIPULATED by the Parties herein, through their counsel of record, as follows:

2  The Case Management Conference shall be ~~vacated~~ *continued to December 6, 2013 at 9:30 am* and the Motion for Preliminary

3  Approval shall be filed on or before November 8, 2013, and shall be set for hearing on December

4  6, 2013, or as soon thereafter as is convenient for the Court.

5  IT IS SO STIPULATED.

6  DATED: August 22, 2013          /s/ Shaun Setareh
                                   Shaun Setareh (SBN 204514)
7                                  LAW OFFICE OF SHAUN SETAREH
                                   9454 Wilshire Blvd. Penthouse
8                                  Beverly Hills, California 90212
                                   Telephone: 310.888.7771
9                                  Facsimile: 310.888.7771
                                   shaun@setarehlaw.com
10
                                   Attorneys for Plaintiff Alice Ogues
11

12 DATED: August 22, 2013          /s/ Sarah Kroll-Rosenbaum

13                                 Kenneth D. Sulzer (State Bar No. 120253)
                                   Sarah Kroll-Rosenbaum (SBN 272358)
14                                 PROSKAUER ROSE LLP
                                   2049 Century Park East, 32nd Floor
15                                 Los Angeles, CA 90067-3206
                                   Telephone: (310) 557-2900
16                                 ksulzer@proskauer.com
                                   skroll-rosenbaum@proskauer.com
17
                                   Attorneys for Defendant,
18                                 Travel Staff, LLC
                                   formerly known as CC Staffing, Inc.
19

- 2 -
NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER TO VACATE CASE
MANAGEMENT CONFERENCE AND SET DEADLINE FOR FILING MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, Case No. 12-CV-6135 JCS

1     Plaintiff Alice Ogues and Defendant Travel Staff, LLC (formerly known as CC Staffing,
2 Inc.) (collectively "the Parties"), stipulate and agree as follows:

3     WHEREAS, the Parties' private mediation was held on April 9, 2013;

4     WHEREAS, the Parties engaged in ongoing settlement discussions following the
5 mediation;

6     WHEREAS, the Parties have reached a settlement memorialized in a Memorandum of
7 Understanding resolving this matter on a class-wide basis;

8     WHEREAS, the Parties are drafting a Stipulation of Settlement;

9     WHEREAS, a case management conference is currently scheduled for August 30, 2013,
10 with a joint case management statement due on August 23, 2013;

11     WHEREAS, the Parties agree that Plaintiff's Motion for Preliminary Approval of Class
12 Action Settlement ("Motion for Preliminary Approval") shall be filed on or before November 8,
13 2013, and shall be set for a hearing on December 6, 2013, or as soon thereafter as is convenient
14 for the Court;

15     WHEREAS, there is no trial date set for this case;

16 \\\
17 \\\
18 \\\
19 \\\
20 \\\
21 \\\
22 \\\
23 \\\
24 \\\
25 \\\
26 \\\
27
28

- 1 -

1  KENNETH D. SULZER, CA State Bar No. 120253
   ksulzer@proskauer.com
2  SARAH KROLL-ROSENBAUM, CA State Bar No. 272358
   skroll-rosenbaum@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, CA  90067-3206
   Telephone:   (310) 557-2900
5  Facsimile:    (310) 557-2193

6  Attorneys for Defendant,
   Travel Staff, LLC, formerly known as CC Staffing, Inc.
7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE OGUES, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CC Staffing, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV-12-6135 JCS<br><br>NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE AND SET DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Hon. Joseph C. Spero |

NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE AND SET DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, Case No. 12-CV-6135 JCS