# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE OGUES, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CC STAFFING, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV-12-6135 JCS<br><br>AMENDED **[PROPOSED]** ORDER RE: JOINT STIPULATION TO CONTINUE PREMININARY HEARING FOR APPROVAL OF CLASS ACTION SETTLEMENT AND CASE MANAGEMENT CONFERENCE<br><br>Action Filed: December 4, 2012 |

(Note: "PROPOSED" appears struck through in the original.)

# **ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Stipulation between counsel for plaintiff Alice Ogues ("Plaintiff") and defendants Travel Staff LLC (formerly known as CC Staffing, Inc.) ("Defendants") to grant Plaintiff a continuance in the foregoing hearing and conference, and good cause appearing therefore, this Court hereby ORDERS: Plaintiff's request to continue both the foregoing hearing and conference to ~~January 10, 2014~~ January 17, 2014 - JCS is GRANTED.

IT IS SO ORDERED.

Dated: __12/2__, 2013    By: _____
HONORABLE JOSEPH C. SPERO
U.S. District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*